UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:15-CR-59-CLC-SKL |
| v. | ) | |
| | ) | |
| TRAVIS GLENN SMITH | ) | |

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant
shall remain in custody until sentencing in this matter. (Doc. 20.) Neither party filed a
timely objection to the report and recommendation. After reviewing the record, the Court agrees
with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and
**ADOPTS** the magistrate judge's report and recommendation (Doc. 20) pursuant to 28 U.S.C.
§ 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment
        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
        Indictment;

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is
        scheduled to take place on **April 20, 2016 at 2:00 p.m. [EASTERN]** before the
        Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**